# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CHRISTOPHER POINTER                                        PLAINTIFF

v.                              No. 4:18-cv-585-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                          DEFENDANT


TIMOTHY A. HOLDFORD                                        PLAINTIFF

v.                              No. 4:18-cv-588-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                          DEFENDANT


CHRISTOPHER D. WARREN                                      PLAINTIFF

v.                              No. 4:18-cv-589-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                          DEFENDANT


RICKEY MILLER                                              PLAINTIFF

v.                              No. 4:18-cv-590-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                          DEFENDANT


ERIC MURPHY                                                PLAINTIFF

v.                              No. 4:18-cv-591-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                          DEFENDANT

| STANLEY BULLOCK | PLAINTIFF |
|---|---|
| v.  No. 4:18-cv-592-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |

| MARCUS MILLER | PLAINTIFF |
|---|---|
| v.  No. 4:18-cv-593-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |

| JASON LAMBERT | PLAINTIFF |
|---|---|
| v.  No. 4:18-cv-594-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |

| MARLIN IVY | PLAINTIFF |
|---|---|
| v.  No. 4:18-cv-595-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |

| JUSTIN OVERTON | PLAINTIFF |
|---|---|
| v.  No. 4:18-cv-596-DPM-JJV | |
| DOC HOLLADAY, Pulaski County Jail | DEFENDANT |

JAMES YOUNG                                                    PLAINTIFF

v.                              No. 4:18-cv-597-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                             DEFENDANT


CLIFTON THOMAS                                                PLAINTIFF

v.                              No. 4:18-cv-598-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                             DEFENDANT


JEFFREY RYAN ROBERTSON                                        PLAINTIFF

v.                              No. 4:18-cv-599-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                             DEFENDANT


STEVEN THOMAS                                                 PLAINTIFF

v.                              No. 4:18-cv-600-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                             DEFENDANT


LARCELLA ROBINSON                                             PLAINTIFF

v.                              No. 4:18-cv-601-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                             DEFENDANT

TARIQ MAHDI                                                    PLAINTIFF

v.                        No. 4:18-cv-602-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                              DEFENDANT


OBER HARMAN                                                    PLAINTIFF

v.                        No. 4:18-cv-603-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                              DEFENDANT


ANDREW DELANG                                                  PLAINTIFF

v.                        No. 4:18-cv-604-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                              DEFENDANT


DE'ANDRE GRAVES                                                PLAINTIFF

v.                        No. 4:18-cv-606-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                              DEFENDANT


MICHAEL BURK                                                   PLAINTIFF

v.                        No. 4:18-cv-607-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                              DEFENDANT

WILLIAM BARNETT                                                    PLAINTIFF

v.                          No. 4:18-cv-609-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                                  DEFENDANT


JERROD CRAVEN                                                      PLAINTIFF

v.                          No. 4:18-cv-610-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                                  DEFENDANT


AUSTIN COUSINS                                                     PLAINTIFF

v.                          No. 4:18-cv-611-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                                  DEFENDANT


SANDY SANDERS                                                      PLAINTIFF

v.                          No. 4:18-cv-612-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                                  DEFENDANT


EDGAR EDDIE CANTU, JR.                                            PLAINTIFF

v.                          No. 4:18-cv-613-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                                  DEFENDANT

BRANDEN L. BUTLER                                                    PLAINTIFF

v.                          No. 4:18-cv-614-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                    DEFENDANT


ERIC D. HALL                                                        PLAINTIFF

v.                          No. 4:18-cv-616-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                    DEFENDANT


MICHAEL WARREN                                                     PLAINTIFF

v.                          No. 4:18-cv-617-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                    DEFENDANT


SHANE SMITH                                                        PLAINTIFF

v.                          No. 4:18-cv-618-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                    DEFENDANT


LEE JOHNSON                                                        PLAINTIFF

v.                          No. 4:18-cv-619-DPM-JJV

DOC HOLLADAY, Pulaski County Jail                    DEFENDANT

**WALTER RATLIFF**                                          **PLAINTIFF**

v.                           **No. 4:18-cv-620-DPM-JJV**

**DOC HOLLADAY, Pulaski County Jail**              **DEFENDANT**


### ORDER

The above plaintiffs haven't filed an *in forma pauperis* application or paid the filing and administrative fees; and the time to do so has passed. № 4. Mail for Christopher Warren, Thomas, Delang, Burk, Butler, Michael Warren, and Lee Johnson is also being returned undelivered. The complaints will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_9 October 2018_